| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-20748 / MBK**

Nelson Perez
Patrice Perez

Petition Filed Date: 11/17/2023
341 Hearing Date: 12/21/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2023 | $1,600.00 | 95348310 | 01/18/2024 | $1,600.00 | 95878270 | | | |

**Total Receipts for the Period:  $3,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nelson Perez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq. | Attorney Fees | $3,650.00 | $0.00 | $3,650.00 |
| | | No Disbursements: No Check | | | |
| 1 | COMCAST | Unsecured Creditors | $406.73 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»»  2017 HONDA CIVIC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $129.63 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $416.93 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $452.34 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $2,182.89 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $425.03 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-20748 / MBK**

| **SUMMARY** | | |
|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | |
| Total Receipts: | $3,200.00 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: $1,600.00 |
| Paid to Trustee: | $265.60 | Arrearages: $0.00 |
| Funds on Hand: | $2,934.40 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

