**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC

In Re:

    NELSON PEREZ
    PATRICE PEREZ

          Debtor(s).

Case No.: 23-20748-mbk

Hearing Date: February 14, 2024

Judge: Michael B. Kaplan

Chapter: 13

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Please mark the Objection To Confirmation filed as document no. 16 on December 29, 2023 as settled, Order to be submitted to Chambers.

DATED: February 13, 2024

Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC

/s/ Ashley M Pascuzzi
Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*