**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor: Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC

**Order Filed on February 20, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Nelson Perez
    Patrice Perez
             Debtors.

Case No.: 23-20748-MBK

Hearing Date: _____

Judge: Michael B Kaplan.

Chapter: 13

**CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, NATIONSTAR MORTGAGE, LLC AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC, TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: February 20, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page 2
Debtor: Nelson Perez and Patrice Perez
Case No.: 23-20748-mbk
Caption of Order: Consent Order Resolving Objection of Secured Creditor Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC, to Confirmation

---

**THIS MATTER** having come before the Court on the Objection to Confirmation of Plan (Docket #16) filed by GROSS POLOWY, LLC, counsel for Secured Creditor, Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC, as to the real property commonly known as 7 Walton Road, Mount Holly, NJ 08060 (the "Property") and John Zimnis, Esq., representing the debtors, Nelson Perez and Patrice Perez, and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is

**ORDERED AND DECREED** as follows:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is **$95,915.94** as set forth in Secured Creditor's filed **_Proof of Claim_**, filed January 26, 2024.

3. That Debtor will pay directly to Creditor Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC monthly post-petition mortgage payments to the secured creditor, which is subject to change in accordance with the terms of the note and mortgage.

4. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

We hereby consent to the form and entry of the above Order.

/s/ Ashley M Pascuzzi
**Ashley M Pascuzzi, Esq.**
**Attorney for Secured Creditor, MidFirst Bank**


/s/ John Zimnis
**John Zimnis, Esq.**
**Attorney for Debtor**

2