DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Creditor: Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC

Order Filed on February 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Nelson Perez
    Patrice Perez
           Debtors.

Case No.: 23-20748-MBK

Hearing Date: _____

Judge: Michael B Kaplan.

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, NATIONSTAR MORTGAGE, LLC AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC, TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: February 20, 2024**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

Page 2
Debtor: Nelson Perez and Patrice Perez
Case No.: 23-20748-mbk
Caption of Order: Consent Order Resolving Objection of Secured Creditor Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC, to Confirmation

---

**THIS MATTER** having come before the Court on the Objection to Confirmation of Plan (Docket #16) filed by GROSS POLOWY, LLC, counsel for Secured Creditor, Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC, as to the real property commonly known as 7 Walton Road, Mount Holly, NJ 08060 (the "Property") and John Zimnis, Esq., representing the debtors, Nelson Perez and Patrice Perez, and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is

**ORDERED AND DECREED** as follows:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears through the Chapter 13 Plan is **$95,915.94** as set forth in Secured Creditor's filed **Proof of Claim**, filed January 26, 2024.

3. That Debtor will pay directly to Creditor Nationstar Mortgage, LLC as servicer for Lakeview Loan Servicing, LLC monthly post-petition mortgage payments to the secured creditor, which is subject to change in accordance with the terms of the note and mortgage.

4. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

We hereby consent to the form and entry of the above Order.

/s/ Ashley M Pascuzzi
Ashley M Pascuzzi, Esq.
Attorney for Secured Creditor, MidFirst Bank


/s/ John Zimnis
John Zimnis, Esq.
Attorney for Debtor

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 23-20748-MBK
Nelson Perez                                                                          Chapter 13
Patrice Perez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2
Date Rcvd: Feb 20, 2024          Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nelson Perez, Patrice Perez, 7 Walton Road, Mount Holly, NJ 08060-1108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Nelson Perez njbankruptcylaw@aol.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 20, 2024 | Form ID: pdf903 | Total Noticed: 1

John Zimnis
    on behalf of Joint Debtor Patrice Perez njbankruptcylaw@aol.com.

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7