Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−20748−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nelson Perez
7 Walton Road
Mount Holly, NJ 08060

Patrice Perez
7 Walton Road
Mount Holly, NJ 08060

Social Security No.:
  xxx−xx−1265                                    xxx−xx−2551

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 1, 2024.

Dated: March 1, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-20748-MBK |
| Nelson Perez | Chapter 13 |
| Patrice Perez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nelson Perez, Patrice Perez, 7 Walton Road, Mount Holly, NJ 08060-1108 |
| 520087207 | + | Diagnostic Pathology Consultants, 1919 South Highland Avenue, Ste 210, Bld'g A, Attn: Collections, Lombard, IL 60148-6153 |
| 520087210 | + | Lee Dennison, Esq., 231 High Street, Re: Virtua Health System, Mount Holly, NJ 08060-1450 |
| 520087211 | + | McCabe Weisberg & Conway, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520087212 | + | NJ Urology, CL #7970, PO Box 95000, Philadelphia, PA 19195-0001 |
| 520087216 | + | St Remi Behavioral Health, 822 Klemm Avenue, Attn: Collections, Gloucester City, NJ 08030-1627 |
| 520087220 | + | Virtua Health System, PO Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520087198 | | Email/Text: akron_patient_services@teamhealth.com | Mar 01 2024 21:38:00 | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333 |
| 520087199 | ^ | MEBN | Mar 01 2024 21:29:13 | Apex Asset Mngmt, Re: Virtua Health System, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 520087200 | ^ | MEBN | Mar 01 2024 21:29:13 | Apex Asset Mngmt, Re: Virtua Health, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 520140256 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 21:48:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520087201 | + | Email/Text: bk@avant.com | Mar 01 2024 21:41:00 | Avant (Web Bank), PO Box 1429, Carol Stream, IL 60132-1429 |
| 520093238 | + | Email/Text: documentfiling@lciinc.com | Mar 01 2024 21:37:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520087202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520087203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 21:48:36 | Capital One (Wal Mart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520110810 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 01 2024 21:49:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520087204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2024 21:48:50 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520087205 | + | Email/Text: documentfiling@lciinc.com | Mar 01 2024 21:37:00 | Comcast, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 520087206 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2024 21:48:28 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520135850 | | Email/Text: BNCnotices@dcmservices.com | Mar 01 2024 21:39:00 | EMERGENCY PHYSICIAN SERVICES OF NEW JERSEY PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520087208 | ^ | MEBN | Mar 01 2024 21:30:47 | HRRG, PO Box 5406, Re: Emerg Phys Svc of S Jersey, Cincinnati, OH 45273-0001 |
| 520133978 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 21:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520087209 | | Email/Text: govtaudits@labcorp.com | Mar 01 2024 21:39:00 | Lab Corp of America, PO Box 2240, Burlington, NC 27216 |
| 520115629 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 21:48:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520145184 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 21:38:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520139170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520172982 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 21:48:42 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520087213 | + | Email/Text: brprocessor@pfccollects.com | Mar 01 2024 21:41:00 | Professional Finance Company, 5754 W 11th Street, Suite 100, Re: Virtua Memorial Hospital, Greeley, CO 80634-4811 |
| 520087214 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 01 2024 21:48:29 | Regional Acceptance Corp, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 520105030 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 01 2024 21:48:29 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 520087215 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2024 21:38:00 | Rightpath Servicing, PO Box 60516, City of Industry, CA 91716-0516 |
| 520087218 | + | Email/Text: susan.maria-martinka@uhsinc.com | Mar 01 2024 21:41:00 | The Horsham Clinic, 722 East Butler Pike, Attn: Collections, Ambler, PA 19002-2310 |
| 520087219 | ^ | MEBN | Mar 01 2024 21:31:24 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 520087221 | ^ | MEBN | Mar 01 2024 21:30:34 | Waypoint Resource Group, PO Box 8588, Re: Comcast, Round Rock, TX 78683-8588 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520087217 | ##+ | St Remi Behavioral Health, 750 Route 73 South, Ste 105A, Attn: Collections, Marlton, NJ 08053-4142 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 01, 2024 | Form ID: plncf13 | Total Noticed: 36 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Ashley Pascuzzi
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC ecfnotices@grosspolowy.com

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John Zimnis
on behalf of Debtor Nelson Perez njbankruptcylaw@aol.com.

John Zimnis
on behalf of Joint Debtor Patrice Perez njbankruptcylaw@aol.com.

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7