B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

New Jersey District Of New Jersey

In re Nelson Perez and Patrice Perez, Case No. 23-20748-mbk

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lakeview Loan Servicing LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Rushmore Servicing
P.O. Box 619096
Dallas, TX 75261-9741
Phone: (877) 888-4623
Last Four Digits of Acct #: 9358

Name and Address where transferee payments should be sent (if different from above):
Rushmore Servicing
P.O. Box 619094
Dallas, TX 75261-9741
Phone: (877) 888-4623
Last Four Digits of Acct #: 9358

Nationstar Mortgage
Name of Transferor

Court Claim # (if known): 18-1
Amount of Claim: $297,861.78
Date Claim Filed: 01/26/2024

Phone: (544) 343-5602
Last Four Digits of Acct. #: ______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashley M Pascuzzi
Transferee/Transferee's Agent

Date: April 1, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

New Jersey District Of New Jersey

In re Nelson Perez and Patrice Perez, Case No. 23-20748-mbk

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.18-1____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on ______ (date).

Name of Alleged Transferor

Nationstar Mortgage

Address of Alleged Transferor:
Nationstar Mortgage
P.O. Box 619096, 9358
Dallas, TX 75261-9741

Name of Transferee

Lakeview Loan Servicing LLC

Address of Transferee:
Rushmore Servicing
P.O. Box 619096
Dallas, TX 75261-9741

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_________

______________________________
**CLERK OF THE COURT**