Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 23-20748 / MBK**

Nelson Perez
Patrice Perez

Petition Filed Date: 11/17/2023
341 Hearing Date: 12/21/2023
Confirmation Date: 02/28/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2024 | $1,600.00 | 95878270 | 02/20/2024 | $1,600.00 | 96385780 | 03/18/2024 | $1,600.00 | 96875290 |
| 04/16/2024 | $1,600.00 | 97372430 | 05/16/2024 | $1,600.00 | 97875780 | 06/24/2024 | $1,600.00 | 98465390 |
| 07/22/2024 | $1,600.00 | 98915960 | 09/03/2024 | $1,600.00 | 99564640 | 09/18/2024 | $1,600.00 | 99843140 |
| 10/28/2024 | $1,600.00 | 10043248 | 11/25/2024 | $1,600.00 | 10087546 | 12/23/2024 | $1,600.00 | 10130393 |

**Total Receipts for the Period: $19,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $20,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nelson Perez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | COMCAST | Unsecured Creditors | $406.73 | $0.00 | $406.73 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 2017 HONDA CIVIC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $129.63 | $0.00 | $129.63 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $416.93 | $0.00 | $416.93 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $452.34 | $0.00 | $452.34 |
| 6 | LVNV FUNDING LLC<br>»» SEARS NATIONAL BANK | Unsecured Creditors | $2,182.89 | $0.00 | $2,182.89 |
| 7 | LVNV FUNDING LLC<br>»» WFNNB | Unsecured Creditors | $425.03 | $0.00 | $425.03 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» WEBBANK/AVANT | Unsecured Creditors | $1,109.14 | $0.00 | $1,109.14 |
| 9 | EMERGENCY PHY SERVICES OF NJ PA<br>»» VIRTUA MEMORIAL | Unsecured Creditors | $1,767.18 | $0.00 | $1,767.18 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $345.67 | $0.00 | $345.67 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $503.15 | $0.00 | $503.15 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,061.21 | $0.00 | $1,061.21 |
| 13 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $661.80 | $0.00 | $661.80 |

**Chapter 13 Case No. 23-20748 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $374.35 | $0.00 | $374.35 |
| 15 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $671.15 | $0.00 | $671.15 |
| 16 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $5.32 | $0.00 | $5.32 |
| 17 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,196.96 | $0.00 | $1,196.96 |
| 18 | LAKEVIEW LOAN SERVICING LLC<br>»» P/7 WALTON RD/1ST MTG/NATIONSTAR | Mortgage Arrears | $95,915.94 | $14,314.80 | $81,601.14 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,800.00 | Plan Balance: | $89,838.00 ** |
| Paid to Claims: | $17,964.80 | Current Monthly Payment: | $1,600.00 |
| Paid to Trustee: | $1,371.20 | Arrearages: | $1,600.00 |
| Funds on Hand: | $1,464.00 | Total Plan Base: | $110,638.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**