Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-20748 / MBK**

Nelson Perez
Patrice Perez

Petition Filed Date: 11/17/2023
341 Hearing Date: 12/21/2023
Confirmation Date: 02/28/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | $1,600.00 | 10185307 | 03/03/2025 | $1,600.00 | I1M4GX495T-F | 03/31/2025 | $1,600.00 | I1VWGGJNDJ- |
| 04/28/2025 | $1,600.00 | I130GHQH36-F | 05/27/2025 | $1,600.00 | I1XCLPVMCZ-I | 06/23/2025 | $1,600.00 | I19GLF3CX4-P |
| 07/21/2025 | $1,600.00 | I1DYLJ7CCS-F | 08/20/2025 | $1,600.00 | I1P6F19KJF-PI | 09/29/2025 | $1,600.00 | I1N7FK34K7-P |
| 10/27/2025 | $1,600.00 | I12SS363YL-P | 11/24/2025 | $1,600.00 | I11GSYQJXT-F | 12/22/2025 | $1,600.00 | I18RSKN8TH-F |
| 01/20/2026 | $1,600.00 | I85LCWNJ8W- | 02/17/2026 | $1,600.00 | I8MYB9XJ00-P | | | |

**Total Receipts for the Period: $22,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $43,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nelson Perez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,650.00 | $3,650.00 | $0.00 |
| 1 | COMCAST | Unsecured Creditors | $406.73 | $0.00 | $406.73 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 2017 HONDA CIVIC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $129.63 | $0.00 | $129.63 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $416.93 | $0.00 | $416.93 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $452.34 | $0.00 | $452.34 |
| 6 | LVNV FUNDING LLC<br>»» SEARS NATIONAL BANK | Unsecured Creditors | $2,182.89 | $0.00 | $2,182.89 |
| 7 | LVNV FUNDING LLC<br>»» WFNNB | Unsecured Creditors | $425.03 | $0.00 | $425.03 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» WEBBANK/AVANT | Unsecured Creditors | $1,109.14 | $0.00 | $1,109.14 |
| 9 | EMERGENCY PHY SERVICES OF NJ PA<br>»» VIRTUA MEMORIAL | Unsecured Creditors | $1,767.18 | $0.00 | $1,767.18 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $345.67 | $0.00 | $345.67 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $503.15 | $0.00 | $503.15 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,061.21 | $0.00 | $1,061.21 |

**Chapter 13 Case No. 23-20748 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $661.80 | $0.00 | $661.80 |
| 14 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $374.35 | $0.00 | $374.35 |
| 15 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $671.15 | $0.00 | $671.15 |
| 16 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $5.32 | $0.00 | $5.32 |
| 17 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $1,196.96 | $0.00 | $1,196.96 |
| 18 | LAKEVIEW LOAN SERVICING LLC<br>»» P/7 WALTON RD/1ST MTG/NATIONSTAR | Mortgage Arrears | $95,915.94 | $33,399.60 | $62,516.34 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,200.00 | Plan Balance: | $67,438.00 ** |
| Paid to Claims: | $37,049.60 | Current Monthly Payment: | $1,600.00 |
| Paid to Trustee: | $3,187.20 | Arrearages: | $0.00 |
| Funds on Hand: | $2,963.20 | Total Plan Base: | $110,638.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**