**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on September 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In re:
NELSON & PATRICE PEREZ

Debtors

Case No.: 23-20748

Chapter 13

Judge: Kaplan

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 24, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor: Nelson & Patrice Perez
Case No.: 23-20748 MBK
Caption: Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $50 for a total of $450. The allowance shall be payable:

___x__ through the Chapter 13 Plan as an administrative priority from funds on hand
_____ outside the Plan

The debtor's monthly Plan is modified, thus the debtor will pay

$1,600 per month for 1 more month, then
$2,180 per month for 26 months beginning October 2026

for the remaining months to allow for payment of aforesaid fee.