UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: cshed@grosspolowy.com
Attorneys for Secured Creditor Rushmore Loan Servicing as servicer for Lakeview Loan Servicing

In Re:

NELSON PEREZ
PATRICE PEREZ

Debtor(s).

Case No.: 23-20748-mbk

Chapter: 13

Hearing Date: September 9, 2026

Judge: Michael B. Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Motion for Relief from Stay document no 34 filed on July 31, 2026.

DATED: October 9, 2026

Rushmore Loan Servicing as servicer for Lakeview Loan Servicing

/s/ Courtney R Shed

Courtney R Shed, Esq. - 414442023
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-Mail: cshed@grosspolowy.com