UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY LLC
Formed in the State of Delaware
95 Mount Bethel Road, Suite 3
Warren, NJ 07059
(716) 204-1700
E-mail: apascuzzi@grosspolowy.com
Attorneys for Secured Creditor Rushmore Loan Servicing as servicer for Lakeview Loan Servicing

**Order Filed on October 9, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

NELSON PEREZ
PATRICE PEREZ

Debtor(s).

Case No.: 23-20748-mbk

Chapter: 13

Hearing Date: September 9, 2026

Judge: Michael B. Kaplan

Recommended Local Form: ☒ Followed ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: October 9, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Rushmore Loan Servicing as servicer for Lakeview Loan Servicing |
| Applicant's Counsel: | GROSS POLOWY LLC - Ashley M Pascuzzi, Esq. - 272502018 |
| Debtor's Counsel: | John Zimnis |
| Property Involved ("Collateral"): | 7 WALTON ROAD, MOUNT HOLLY, NJ 08060 |
| Relief Sought: | ☒ Motion for relief from the automatic stay<br>☐ Motion to Dismiss<br>☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings |

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is due for the month of October 1, 2026.

   ☒ The Debtor is due for the October 1, 2026 payments at $2,207.75.

   ☒ Applicant acknowledges suspense funds in the amount of $40.27 received.

   Total Due $2,167.48

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Beginning on October 1, 2026 regular monthly mortgage payments shall continue to be made in the amount of $2,207.75.

3. Payments to the Secured Creditor shall be made to the following address(es):

| ☒ Immediate Payment | ☒ Regular Monthly Payment |
|---|---|
| Rushmore Loan Servicing<br>Attention Bankruptcy Dept<br>P.O. Box 619094<br>Dallas, TX 75261-9741 | Rushmore Loan Servicing<br>Attention Bankruptcy Dept<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

4. In the event of Default:

   ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney's fees of $675.00 and costs of $199.00.

The Fees and costs are payable:

☒ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.